JS-6  / ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF<br>JOVANNY THEUS,<br><br>        Applicant. | Case No. CV 09-7089-GHK (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition, and Summarily Dismissing Matter without Prejudice,

IT IS HEREBY ADJUDGED that petitioner's application for an extension of time is denied and this action is summarily dismissed without prejudice.

DATED: 10/19/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE